# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOHN A. BOWYER,

    Petitioner,

vs.

CRAIG FARWELL, *et al.*,

    Respondents.

3:04-cv-00654-LRH-RAM

ORDER

    Before the Court is respondents' motion for leave to file a late answer (docket #46) and petitioner's motion for enlargement of time in which to file a traverse to respondents' answer to the petition for writ of habeas corpus (docket #48). Good cause appearing,

    **IT IS THEREFORE ORDERED** that respondents' motion (docket #46) is **GRANTED**. The answer (docket #47) shall be treated as timely filed.

    **IT IS FURTHER ORDERED** that petitioner's motion (docket #48) is **GRANTED**. Petitioner shall have up to and including September 15, 2008, in which to file and serve a traverse to respondents' answer.

    DATED this 4th day of August, 2008.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE